FILE COPY



**SHARON KELLER**
PRESIDING JUDGE

**BARBARA P. HERVEY**
**BERT RICHARDSON**
**KEVIN P. YEARY**
**DAVID NEWELL**
**MARY LOU KEEL**
**SCOTT WALKER**
**MICHELLE M. SLAUGHTER**
**JESSE F. MCCLURE, III**
JUDGES

# COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

**DEANA WILLIAMSON**
CLERK
(512) 463-1551

**SIAN SCHILHAB**
GENERAL COUNSEL
(512) 463-1597

September 29, 2021

District Clerk Navarro County
Box 1439
Corsicana, TX 75151
* Delivered Via E-Mail *

10th Court Of Appeals Clerk
Nita Whitener
McLennan County Courthouse
501 Washington Ave., Rm 415
Waco, TX 76701
* Delivered Via E-Mail *

**Re:** Hernandez, Roberto
**CCA No.** PD-0790-20
**Trial Court Case No.** D38732-CR

**COA No.** 10-19-00252-CR

The court has issued an opinion on the above referenced cause number.

Sincerely,

*Deana Williamson*

Deana Williamson, Clerk

cc: Presiding Judge 13th District Court (Delivered Via E-Mail)
Emily Johnson-Liu (Delivered Via E-Mail)
District Attorney Navarro County (Delivered Via E-Mail)
Shana Faulhaber (Delivered Via E-Mail)